No. 42310.—Protests 580533–G, etc., of C. Tornello & Co. et al. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of Abstracts 39667 and 41794 the protests were sustained.

No. 42311.—Protests 581911–G, etc., of Eugene J. Petrosemolo et al. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of Abstracts 39667 and 41794 the protests were sustained.

No. 42312.—Protests 652574–G, etc., of Galvanoni & Nevy Bros., Inc. (New York).

Opinion by KEEFE, J. It was stipulated that the merchandise consists of cheese the same as that passed upon in Abstract 41794. The protests were therefore sustained.

No. 42313.—Protests 606099–G, etc., of Mattia Locatelli et al. (New York).

Opinion by KEEFE, J. It was stipulated that the merchandise consists of cheese the same as that passed upon in Abstract 41794. The protests were therefore sustained.

No. 42314.—Protests 582389–G, etc., of Latorraca Bros. et al. (New York).

Opinion by KEEFE, J. It was stipulated that the merchandise consists of cheese the same as that passed upon in Abstract 41794. The protests were therefore sustained.

No. 42315.—Protests 584528–G, etc., of Ossola Bros. et al. (New York).

Opinion by KEEFE, J. It was stipulated that the merchandise consists of cheese the same as that passed upon in Abstract 41794. The protests were therefore sustained.

No. 42316.—Protests 614860–G, etc., of V. Sabella & Co. et al. (New York).

Opinion by KEEFE, J. It was stipulated that the merchandise consists of cheese the same as that passed upon in Abstract 41794. The protests were therefore sustained.

No. 42317.—Protests 637902–G, etc., of Bortolo Bendin, Inc., et al. (New York).

Opinion by KEEFE, J. It was stipulated that the merchandise consists of cheese the same as that passed upon in Abstract 41794. The protests were therefore sustained.